**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 06, 2024

Ms. Trisha M. Breedlove
Spitz Law Firm
25200 Chagrin Boulevard
Suite 200
Beachwood, OH 44122

          Re: Case No. 24-4050, *Demond Moore v. Next Generation Hospitality LLC*
              Originating Case No.: 1:22-cv-00548

Dear Counsel,

   This appeal has been docketed as case number **24-4050** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **December 20, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. *Additionally, the transcript order must be completed by that date*. For further information and instructions on ordering transcript electronically, please visit the court's website.

              Appellant:   Appearance of Counsel
                             Civil Appeal Statement of Parties & Issues
                             Disclosure of Corporate Affiliations
                             Application for Admission to 6th Circuit Bar (if applicable)

  Appellee:  Appearance of Counsel
        Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

 If appellant's case opening items are not timely filed the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

              Sincerely,

              s/Antoinette Macon
              Case Manager
              Direct Dial No. 513-564-7015

cc: Mr. Joshua Adam Engel

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-4050

DEMOND ALEX MOORE

    Plaintiff - Appellant

v.

NEXT GENERATION HOSPITALITY LLC, dba Kings Inn & Suites

    Defendant - Appellant