# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-4050**          Case Manager: **Antoinette Macon**

Case Name: **Demond Moore v. Next Generation Hospitality LLC**

Is this case a cross appeal?   ☐ Yes   ☒ No
Has this case or a related one been before this court previously?   ☐ Yes   ☒ No
If yes, state:
 Case Name: _____   Citation: _____
 Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **Parties against whom Appeal is take: Next Generation Hospitality LLC**
>
> **Specific Issues: Did the District Court commit reversible error by granting summary judgment as to Moore's claims of disability discrimination, failure to accommodate, and retaliation?**

**This is to certify that a copy of this statement was served on opposing counsel of record this  20th  day of  December , 2024 .**

Trisha M. Breedlove
Name of Counsel for Appellant

6CA 53
Rev. 6/08