UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-4050**

Case Title: **Demond Moore** vs. **Next Generation Hospitality LLC**

List all clients you represent in this appeal:

**Demond Moore**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Trisha M. Breedlove**   Signature: s/ **Trisha M. Breedlove**

Firm Name: **Spitz, The Employee's Law Firm**

Business Address: **1103 Schrock Road, Suite 307**

City/State/Zip: **Columbus, Ohio 43229**

Telephone Number (Area Code): **(614) 683-7331**

Email Address: **trisha.breedlove@spitzlawfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---