OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

December 27, 2024

Trisha M. Breedlove
Joshua Adam Engel

    Re:  *Demond Moore v. Next Generation Hospitality LLC,* CA No. 24-4050

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **January 6, 2025**, is hereby **CANCELED** and will be rescheduled.

        Sincerely,

        Connie A. Weiskittel
        Mediation Administrator

cc:    John A. Minter