OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| CATHERINE C. GEYER | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

January 10, 2025

Trisha M. Breedlove
Joshua Adam Engel

    Re:  *Demond Moore v. Next Generation Hospitality LLC,* CA No. 24-4050

### NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for January 6, 2025, has been rescheduled for **February 5, 2025** at **9:30 AM EASTERN TIME** with John Minter. **A conference invitation will be provided to counsel.**

                                                                                       Sincerely,

                                                                                       Connie A. Weiskittel
                                                                                      Mediation Administrator

cc:    John A. Minter

**NOTE:**    **The Confidential Mediation Background Information Forms are now due January 29, 2025, if not already submitted.**