## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 20, 2025

**Notice**

Ms. Trisha M. Breedlove
Spitz Law Firm
1103 Schrock Road, Suite 307
Columbus, OH 43229

Mr. Joshua Adam Engel
Engel & Martin
4660 Duke Drive, Suite 101
Mason, OH 45040

Re:  No. 24-4050
*Demond Moore v. Next Generation Hospitality*

Dear Counsel:

  The Court has determined that oral argument is not required.  See I.O.P. 34(a)(4).  The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Tuesday, October 21, 2025**.  You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy